# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-17-00055-CV

**In re Domingo Palomo Jr.**

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a).

_____

Scott K. Field, Justice

Before Chief Justice Rose, Justices Field and Bourland

Filed:   February 3, 2017